# Court of Appeals
# of the State of Georgia

ATLANTA,____March 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0255. BYRON KAREEN COAST v. THE STATE.**

Byron Kareen Coast pled guilty to possession of marijuana with intent to distribute. He was represented by an attorney during the plea, and his attorney subsequently filed a motion to withdraw the plea, which is pending below. In the meantime, Coast filed a pro se application for discretionary appeal in the Supreme Court, which transferred it to us. We lack jurisdiction to consider Coast's application.

A criminal defendant does not have the right to represent himself while also being represented by an attorney. See *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993). The record indicates that Coast is still represented by counsel. Accordingly, his pro se application for discretionary appeal is a nullity, see id., and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/02/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*